**2010–1460.   Cleveland Metro. Bar Assn. v. Gresley.**

On December 22, 2010, this court suspended respondent, Frank X. Gresley, for a period of two years with six months stayed on conditions. On May 19, 2011, relator, Cleveland Metropolitan Bar Association, filed a motion for order to appear and show cause, requesting the court to issue an order directing respondent to show cause why he should not be found in contempt and the stay of six months revoked for his failure to comply with this court's December 22, 2010 order.

Upon consideration thereof, it is ordered by this court that respondent respond, in writing, to relator's motion for order to appear and show cause on or before ten days from the date of this order.

# CASE ANNOUNCEMENTS

*June 7, 2011*

[Cite as *06/07/2011 Case Announcements*, 2011-Ohio-2724.]

## MOTION AND PROCEDURAL RULINGS

**1992–0405.   State v. Hawkins.**

Hamilton App. Nos. C–910017 and C–900092. By entry filed February 8, 2011, this court ordered that appellant's sentence be carried into execution on Tuesday, June 14, 2011.

In order to facilitate this court's timely consideration of any matters relating to the execution of appellant's sentence, it is ordered by the court that the Chief Justice may suspend application of any provisions of the Rules of Practice of the Supreme Court, including, but not limited to, the filing requirements imposed by S.Ct.Prac.R. 14.1.

It is further ordered that service of documents as required by S.Ct.Prac.R. 14.2, shall be personal, by facsimile transmission, or by email.

It is further ordered that counsel of record for the parties shall provide this court with a copy of any document relating to this matter that is filed in or issued by any other court in this state or any federal court, as well as any commutation, pardon, or warrant of reprieve issued by the governor. A copy of the document shall be delivered to the office of the Clerk as soon as possible, either personally, by facsimile transmission, or by email.

**2010–2158.   State v. Carlisle.**

Cuyahoga App. No. 93266, 2010-Ohio-3407. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon consideration of appellant's motion to strike his merit brief, it is ordered by the court that the motion is granted. Appellant's merit brief filed on May 13, 2011, is hereby stricken.

# CASE ANNOUNCEMENTS

*June 8, 2011*

[Cite as *06/08/2011 Case Announcements*, 2011-Ohio-2686.]

## MERIT DECISIONS WITHOUT OPINIONS

**2010–1977.   In re Application of R.E. Burger Units 4 & 5.**

Public Utilities Commission, No. 09–194–OEL–REN. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

PFEIFER, J., dissents.